UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  -vs-<br><br>TIMOTHY SCHMEKEL,<br><br>                Defendant. | NO.    CR-08-0120-WFN-1<br><br>ORDER |

Pending before the Court is Defendant's Motion to Amend Conditions of Release (Ct. Rec. 22). Defendant requests permission to attend family holiday celebrations in the presence of minors. Defense counsel affirms that his family is aware of the pending charges and has no objection to Mr. Schmekel's presence at the holiday gatherings. Further, defense counsel indicates that neither the Government, nor probation objects to Defendant's request. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Amend Conditions of Release, filed November 11, 2008, **Ct. Rec. 22**, is **GRANTED.**

2. Defendant's terms of pretrial release shall be modified to allow him to be in the presence of minors at family holiday gatherings so long as there is an adult who is aware of the case also present at all times.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Kevin Crawford.

ORDER - 1

1 | **DATED** this 17th day of November, 2008.

4 | 11-17

s/ Wm. Fremming Nielsen<br>
WM. FREMMING NIELSEN<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2