UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>TIMOTHY SCHMEKEL<br><br>              Defendant. | No. CR-08-120-WFN<br><br>ORDER DENYING MOTION TO AMEND RELEASE CONDITIONS |

At the July 2, 2009, hearing on Defendant's Motion to amend his conditions of release to remove the condition of electronic home monitoring, Defendant was present with counsel Bevan J. Maxey. Assistant U.S. Attorney Tyler Tornabene represented the United States.

The court finds that the statutory directive is mandatory. However, Pretrial Services is directed to review whether funding is available to assist Defendant with the electronic home monitoring, as the expense has created a financial hardship for him.

**IT IS ORDERED** Defendant's Motion **(Ct. Rec. 50)** is **DENIED.**

DATED July 2, 2009.

                                       S/ CYNTHIA IMBROGNO
                                  UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO AMEND RELEASE CONDITIONS - 1