1

2

3

4

5                         UNITED STATES DISTRICT COURT

6                       EASTERN DISTRICT OF WASHINGTON

7     UNITED STATES OF AMERICA,           )
                                          )    NO.    CR-08-0120-WFN-1
8                    Plaintiff,           )
                                          )
9            -vs-                         )    ORDER
                                          )
10    TIMOTHY JONATHAN SCHMEKEL,          )
                                          )
11                   Defendant.           )
                                          )
12    ─────────────────────────────────

13          WHEREAS, on November 5, 2009, the Court entered a Preliminary Order of

14    Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, preliminarily forfeiting to the

15    United States the following described assets:

16          A 128MB SD Flash Card from Kodak Digital Camera;

17          A Sandisk Micro SD Card from Verizon Blackberry (SN: 0626701698C);

18          A Fujitsu Lifebook (SN: ACW0E0A08C001000) containing Hitachi (SN:

19          GQLA10A2M2);

20          WHEREAS Defendant TIMOTHY SCHMEKEL's interest in the assets described

21    above was forfeited to the United States pursuant to the plea agreement and judgment filed

22    herein.

23          WHEREAS, 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2, require the resolution of

24    all third-party claims to the property in the final order of forfeiture.

25          Notice of Criminal Forfeiture was posted on an official government internet site

26    (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 9, 2009, and

FINAL ORDER OF FORFEITURE - 1

1   ending December 8, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for

2   Admiralty or Maritime Claims and Asset Forfeiture Actions, as incorporated by 18 U.S.C.

3   § 2253 and 21 U.S.C. § 853(n).  At the latest, the claim period expired on January 8, 2010.

4   To date, no claims have been filed.  Accordingly,

5        **IT IS ORDERED** that:

6        1.   The assets listed herein are  hereby forfeited to the United States, and no interest

7   exists in any other person;

8        2.   The United States shall dispose of the assets in accordance with the law.

9        The District Court Executive is directed to file this Order and provide copies to

10   counsel.

11       **DATED** this 12th day of May, 2010.

12

13                                              s/ Wm. Fremming Nielsen
                                              WM. FREMMING NIELSEN
14   05-12                                     SENIOR UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

FINAL ORDER OF FORFEITURE - 2